**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 99-2633**

─────────────

JERRY MEYERS JOHNSON,

                                      Petitioner - Appellant,

        versus

INTERNAL REVENUE SERVICE,

                                      Respondent - Appellee.

─────────────

Appeal from the United States Tax Court.  (Tax Ct. No. 14639-97)

─────────────

Submitted:  April 13, 2000          Decided:  April 19, 2000

─────────────

Before WIDENER and WILKINS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Jerry Meyers Johnson, Appellant Pro Se.  Ann Belanger Durney,
Michelle Contos France, UNITED STATES DEPARTMENT OF JUSTICE, Wash-
ington, D.C., for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Jerry Meyers Johnson appeals from the tax court's order determining a deficiency with respect to his 1994 federal income tax liability. Our review of the record and the tax court's opinion discloses no reversible error. Accordingly, we affirm on the reasoning of the tax court. See Johnson v. Internal Revenue Service, No. 14639-97 (U.S.T.C. Nov. 2, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2